In the Matter of the Estate of KATHYRN B. MCGUIRE, Also Known as KATHERINE B. MCGUIRE MCCANN, Deceased. CHESTER MCGUIRE, Respondent; PHILIP MCGUIRE et al., Appellants.

Submitted May 21, 2007; decided June 28, 2007

Reported below, 34 AD3d 589; 2007 NY Slip Op 65897(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.